**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | ) | |
|---|---|---|
| **JOHN K. HAWTHORNE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:08cv202 |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## FINAL ORDER

This matter is before the Court to consider Plaintiff's objections to the Report and Recommendation ("R&R") entered by the Honorable Dennis W. Dohnal, United States Magistrate Judge, on October 20, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), affirming the decision of the Administrative Law Judge ("ALJ") that the Plaintiff is not disabled. When a party files objections to a magistrate judge's R&R, the Court considers de novo those portions of the R&R to which an objection has been made. 28 U.S.C. § 636(b)(1)(C).

Having considered the R&R, the entire record, and the objections and arguments of counsel, the Court observes that Plaintiff has made no new argument for the Court's consideration that has not already been considered and properly addressed by the Magistrate Judge in the R&R. In fact, aside from the introductory paragraph of Plaintiff's objections, it appears that Plaintiff has copied his arguments, word-for-word, from the memorandum submitted in support of his Motion for Summary Judgment and Motion to Remand.

Inasmuch as Plaintiff has raised no new argument concerning the recommendations of

the Magistrate Judge, and the Court perceives no error, it is ORDERED that the Plaintiff's objections to the R&R are OVERRULED; the R&R is ACCEPTED and ADOPTED; the Plaintiff's Motion for Summary Judgment (Document No. 21) and Motion to Remand (Document No. 22) are DENIED; the Defendant's Motion for Summary Judgment (Document No. 24) is GRANTED; and the decision of the Commissioner is AFFIRMED.

Let the Clerk FILE this Final Order electronically and notify counsel of record accordingly.

It is so ORDERED.

/s/
Richard L. Williams
Senior United States District Judge

Richmond, Virginia
Dated: December 15, 2009

2